of Sullivan county that no order dismissing the appeal has been granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of CHARLES FREEMAN, Appellant, against PILGRIM COAT, APRON & LINEN SERVICE, INC., and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to prosecute appeal on typewritten record denied on the ground that it appears that only a question of fact is involved. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILES GOULD, Appellant.— Application to extend time in which to perfect appeal. Application granted and time within which to perfect appeal extended to March 1, 1941. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARNEY HAMMOND, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion to prosecute appeal as a poor person upon typewritten record and brief granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT KRUGER, Appellant, v. WILLIAM E. SNYDER, as Acting Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Application to extend time in which to perfect appeal. Application granted and time within which to perfect appeal extended three months. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM B. MELICK, Appellant.— Application to extend time in which to perfect appeal. Application granted and time within which to perfect appeal extended to December 16, 1940. Application to prosecute appeal on one copy of the record granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of RUTH SWANSON, Appellant, against VAL LINE, INC., and THE HARTFORD ACCIDENT COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted, unless appellant perfects appeal, files and serves record and brief on or before October 21, 1940, and is ready for argument at the Compensation and Unemployment Insurance Appeals Term of this court commencing October 28, 1940, in which event the motion is denied. Motion to prosecute appeal on typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

WILLIAM WALLIS, as Administrator, etc., of GERTRUDE WALLIS, Deceased, Respondent, v. MAX BAER, ANCIL HOFFMAN and ROBERT OSBORNE, Appellants. WILLIAM WALLIS, Respondent, v. MAX BAER and ANCIL HOFFMAN, Appellants.— Motion to prosecute appeal on typewritten brief granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ. [See post, p. 826.]

In the Matter of the Application of GEORGE ZOVICK, Petitioner, Appellant, for a Peremptory Order of Mandamus against Hon. EDWARD W. EATON, as County Judge of Tioga County, or any Judge of a County Court Holding Term in and for Tioga County, Defendant, Respondent.— Motion to vacate and set aside judgment and sentence imposed upon appellant July 1 [July 2], 1940, denied. [See 259 App. Div. 1116.] Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of THOMAS COULTER, Respondent, against NASSAU-SUFFOLK B & M CORP. and BANKERS INDEMNITY INSURANCE COMPANY, Appel-

lants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.